UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MONIQUE MILES,<br><br>    Plaintiff,<br><br>  v.<br><br>WALMART STORES EAST, LP.,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) No. 1:23-cv-00038-MJD-JMS |

**ORDER ACKNOWLEDGING STIPULATION OF DISMISSAL**

The Court hereby acknowledges the parties' Stipulation of Dismissal [Dkt. 49] dismissing, with prejudice, Plaintiff's claims against Defendant, costs paid. The Clerk is directed to close this matter.

SO ORDERED.

Dated: 27 SEP 2023

            _____
            Mark J. Dinsmore
            United States Magistrate Judge
            Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.